# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIR BOYER<br>HANS GADSON<br>DENNIS HARMON | CRIMINAL ACTION<br><br>NO. 18-249-6, 18-249-8, and 18-249-9 |
|---|---|

## ORDER RE: MOTIONS TO SUPPRESS

**AND NOW**, this 6th day of August, 2019, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the Motions to Suppress Evidence Obtained From 3234 N. Sydenham Street filed by Defendants Amir Boyer, Hans Gadson, and Dennis Harmon (ECF 159, 215, 260, 295) are **DENIED**.

                                            **BY THE COURT:**

                                            */s/ Michael M. Baylson*

                                            **Michael M. Baylson, U.S.D.J.**